# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>                Plaintiff,<br>       v.<br><br>PETRI-LAURELHURST FMLY LTD, and MARLENE SPENCER<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:20-cv-539-BJR |

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Judgement against Defendants Petri-Laurelhurst Fmly Ltd. and Marlene Spencer is entered pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment. Plaintiff is awarded the injunctive and monetary relief outlined therein.

DATED this __2__ day of July 2020.

WILLIAM M. MCCOOL
Clerk of Court

 /s/ *Tomas Hernandez*
Deputy Clerk