IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE LEWIS, | ) |
| | ) NO. 2:20-mc-00065 RSL |
| Plaintiff, | ) |
| vs. | ) **PROPOSED ORDER FOR WRIT OF EXECUTION** |
| PETRI-LAURELHURST FMLY LTD, and MARLENE SPENCER | ) |
| | ) |
| Defendants. | ) |

THE STATE OF WASHINGTON TO THE SHERIFF OF KING COUNTY:

YOU ARE DIRECTED to satisfy the judgment entered herein out of the nonexempt personal property of Defendant-Judgment Debtors Petri-Laurelhurst FMLY LTD and Marlene Spencer in the above-entitled action.

The judgment was entered in the United States District Court for the Western District of Washington at Seattle in favor of Plaintiff Steve Lewis against Defendants Petri-Laurelhurst FMLY LTD and Marlene Spencer on July 2, 2020 as follows.

Interest at 0.17% per year. 28 U.S.C. §1961.

Costs and attorneys' fees in amount of $12,107.50

With interest until paid of $0.05 per day. 28 U.S.C. §1961(4)(b).

Increased cost of the filing fee for this enforcement of $47. R.C.W. 6.27.060.

Proposed Order for
Writ of Execution

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

Page 1 of 2

Total amount currently owed $12,155.68

WITNESS the Honorable _____, Judge of the United States District Court for the Western District of Washington at Seattle and the seal of this Court, this _____ day of \_\_\_\_\_,_____.

_____
Clerk of Court

/s/_____
Deputy Clerk

Proposed Order for
Writ of Execution

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

**Page 2 of 2**