| | |
|---|---|
| From: | Conrad Reynoldson |
| To: | WAWDdb_NewCasesSea |
| Cc: | Maris McConaughey |
| Subject: | Writ of execution documents for the default judgment in 2:20-cv-539-BJR |
| Date: | Friday, July 24, 2020 8:00:53 AM |
| Attachments: | 2020.07.02 Petri Signed Default Judgement.pdf |
| | 2020.7.24 Petri Praecipe For Writ of Execution.pdf |
| | 2020.7.24 Petri Proposed Order For Writ of Execution.pdf |
| | 2020.7.24 Petri Proposed Writ of Execution.pdf |

Good morning,

Please see attached for the writ of execution documents for the default judgment in 2:20-cv-539-BJR. The following documents are included:

- A Praecipe For Writ of Execution
- A copy of the signed judgment
- The proposed order for the writ of execution
- The proposed writ of execution

Thank you,

--
Conrad Reynoldson, Attorney at Law
Washington Civil & Disability Advocate
www.wacda.com
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
Office (206) 428-3558
Direct (206) 876-8515
Fax (206) 962-5826

This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. It is subject to attorney client and work product privilege and is not subject to discovery or disclosure. If you are not the intended recipient, you are hereby notified that you received this document in error, and any review, dissemination, distribution, or copying of this message is strictly prohibited. If you received this communication in error, notify us immediately by replying to this message via e-mail.