UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>        Plaintiff,<br><br>        v.<br><br>PETRI-LAURELHURST FMLY LTD and MARLENE SPENCER,<br><br>        Defendants. | NO. MC20-0065RSL<br><br>ORDER DECLINING TO ISSUE WRIT OF EXECUTION |

This matter comes before the Court on the "Praecipe" of Conrad Reynoldson seeking a writ of execution related to a judgment entered on July 2, 2020. Pursuant to Federal Rule of Civil Procedure 62(a), execution on a judgment is automatically stayed for thirty days unless otherwise ordered by Court. The request is therefore premature. The Court declines to issue the proposed writ. No further action will be taken on this application. Judgment Creditor may renew his request for the issuance of a writ when the automatic stay expires.

Dated this 28th day of July, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DECLINING TO ENTER
WRIT OF EXECUTION - 1