1  Conrad Reynoldson

2  Washington Civil and Disability Advocate

3  4115 Roosevelt Way NE, Suite B

4  Seattle, WA 98105

5  Email: conrad@wacda.com

6  Phone: (206) 876-8515

7  Attorney for Steve Lewis

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

10

| | |
|---|---|
| STEVE LEWIS, ) | |
| ) | NO.  2:20-cv-539 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF EXECUTION FOR** |
| ) | **MONEY JUDGMENT** |
| PETRI-LAURELHURST FMLY LTD, and MARLENE SPENCER ) | |
| ) | |
| Defendants. ) | |

TO THE SHERIFF OR MARSHAL
OF THE COUNTY OF KING COUNTY:

YOU ARE DIRECTED to enforce the judgment described below, with daily interest, and your costs as provided by law.

1. Steve Lewis is the judgment creditor whose address is shown on this form above the court's name.

2. The judgment debtor's name and last known address are: Marlene Spencer, registered agent of Petri-Laurelhurst Fmly Ltd, resides at 10051 8th Ave NW, Seattle, WA 98177.

Writ of Execution

Page 1 of 2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558

3. The judgment was entered on July 2, 2020.

4. Amount of judgment and costs unsatisfied, totaling $12,108.26 overall:

    a) A judgment award of reasonable attorney's fees and costs, totaling $12,107.50;

    b) Interest on judgment, charged as specified by 28 U.S.C. §1961 to be 0.17% per year, totaling $0.79 as of July 16, 2020, the date of this writ.

5. The levying officer must add daily interest (at the legal rate on the amount shown in paragraph 4(b), above) from the date of this writ, which amounts to $0.05 per day.

ISSUED ON: July 16, 2020

Writ of Execution

Page 2 of 2

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558