IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE LEWIS, | NO. **2:20-cv-539** |
| Plaintiff, | |
| vs. | **PRAECIPE** |
| PETRI-LAURELHURST FMLY LTD, and MARLENE SPENCER | |
| Defendants. | |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE:

The undersigned requests that you issue a writ of execution in the above title action against the personal and real property of Defendants, Judgment Debtors, and deliver it to the Sheriff of King County.

DATED: July __, 2020

/s/ Conrad Reynoldson

Conrad Reynoldson

WSBA No. 48187

Washington Civil & Disability Advocate

4115 Roosevelt Way NE, Suite B Seattle WA 98105

(206) 855-3134

---

Praecipe

Page 1 of 1

WASHINGTON CIVIL & DISABILITY ADVOCATE
4115 Roosevelt Way NE, Suite B
Seattle, WA 98105
(206) 428-3558