UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>               Judgment Creditor,<br><br>   v.<br><br>PETRI-LAURELHURST FMLY LTD and MARLENE SPENCER<br><br>               Judgment Debtors. | Cause No. MC20-0065RSL<br><br>ORDER DIRECTING CLERK TO ISSUE WRIT OF EXECUTION |

Before this Court is Judgment Creditor's request for an issuance of a Writ of Execution in the sum of $12,107.50 principal, $1.75 in post-judgment interest as of the date of application, and $47.00 in costs. Said judgment was originally issued in the in Civil Action No. 20-0539BJR.

The Clerk of Court is hereby directed to issue the Writ of Execution attached to this Order for satisfaction of a money judgment out of the personal property of the Judgment Debtors.

Dated this 7th day of August, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING CLERK TO
ISSUE WRIT OF EXECUTION  - 1