CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| STEVE LEWIS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PETRI-LAURELHURST FMLY LTD, and MARLENE SPENCER<br><br>　　　　　Defendants. | NO. 2:20-mc-00065 RSL<br><br>**WRIT OF EXECUTION** |

TO THE SHERIFF OF KING COUNTY:

YOU ARE DIRECTED to satisfy the judgment entered in the United States District Court for the Western District of Washington in the case of *Lewis v. Petri-Laurelhurst Fmly Ltd. and Marlene Spencer*, C20-0539BJR, on July 2, 2020, out of the nonexempt personal property of Defendant-Judgment Debtors Petri-Laurelhurst FMLY LTD and Marlene Spencer.

The judgment entered against Petri-Laurelhurst FMLY LTD and Marlene Spencer is as follows.

　　Judgment amount (costs and attorneys' fees) of $12,107.50

　　Interest at 0.17% per year ($0.05 per day) until paid. 28 U.S.C. §1961.

　　Increased cost of the filing fee for this enforcement of $47. R.C.W. 6.27.060.

　　**Total amount currently owed $12,156.25**

Order for
Writ of Execution

Page 1 of 2

The Judgment Creditor is Steve Lewis, c/o Conrad Reynoldson at

>Washington Civil and Disability Advocate
>4115 Roosevelt Way NE, Suite B
>Seattle, WA 98105
>Email: conrad@wacda.com
>Phone: (206) 876-8515
>Attorney for Steve Lewis

Execution shall be made against the personal property of the Judgment Debtors up to the value of $12,155.68 with accrued interest located at:

>10051 8th Ave NW
>Seattle, WA 98177.

WITNESS the Honorable Robert S. Lasnik, Judge of the United States District Court for the Western District of Washington at Seattle, and the seal of this Court, this __7th__ day of August, 2020.

>WILLIAM M. McCOOL
>Clerk of Court
>
>Deputy Clerk